

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT ON REMAND

Jason Lynn Deese,                    * From the 244th District Court
                                       of Ector County,
                                       Trial Court No. C-19-0587-CR.

Vs. No. 11-20-00056-CR               * July 15, 2021

The State of Texas,                  * Per Curiam Memorandum Opinion
                                       (Panel consists of: Bailey, C.J.,
                                       Trotter, J., and Williams, J.

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete the "Crime Stoppers - Repayment of Reward Fine" of $50 and, as modified, affirm the judgment of the trial court.